**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>ZHI GANG JIANG and<br>YUEHUA WU,<br><br>Debtor. | No. 10-10009-SJS<br><br>**DECLARATION OF CALVIN VAUGHN IN SUPPORT OF BANK OF AMERICA'S MOTION FOR RELIEF FROM STAY** |

I, Calvin Vaughn, declare:

1. I am a Bankruptcy Specialist for Bank of America, N.A. (hereinafter "Bank of America "), and have custody of this debtor's account files, which are maintained in the ordinary course of business and contain entries made at or near the time of the event recorded therein.

2. <u>Obligation and Collateral.</u> Bank of America is the holder and owner of a note in the original amount of $146,000.00 executed on September 5, 2006, by Yuehua Wu and Zhigang Jiang. This note is secured by a deed of trust of even date on the real property described in the motion, of which the debtors in this bankruptcy proceeding are now the owners. True and correct copies of the Note and Deed of Trust are attached hereto as Exhibits 1 and 2.

3. <u>Status of Loan and Foreclosure.</u> The debtors are contractually delinquent on the variable monthly payments for April 11, 2009 and each month thereafter. There is no foreclosure sale pending.

4. <u>Balance Owing.</u> The principal balance owing on said note is $145,838.77, and interest thereon has accrued from March 11, 2009 at a variable rate per annum. Late charges have accrued as of the date this

---

DECLARATION IN SUPPORT OF BANK OF AMERICA'S
MOTION FOR RELIEF FROM STAY…- 1

**BISHOP, WHITE, MARSHALL & WEIBEL, P.S.**
720 Olive Way, Suite 1301
Seattle, WA 98101
Phone: 206/622-5306 Fax: 206/622-0354

declaration was executed and will continue to accrue each month on any payments not made by the due date. The total amount owing on the debt exceeds $150,226.30. This total is an approximation of the lien and is provided only for the purposes of this motion. This figure cannot be relied upon for any other purpose including tender of payoff funds. An exact, itemized payoff figure can be obtained from Bank of America upon written request to counsel for Bank of America.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of July 2010.

/s/ Calvin Vaughn
Calvin Vaughn, Bankruptcy Specialist for
Bank of America, N.A.

DECLARATION IN SUPPORT OF BANK OF AMERICA'S MOTION FOR RELIEF FROM STAY…- 2

**BISHOP, WHITE, MARSHALL & WEIBEL, P.S.**
720 Olive Way, Suite 1301
Seattle, WA 98101
Phone: 206/622-5306 Fax: 206/622-0354