The Honorable Samuel J. Steiner
Chapter 13
Hearing Date: August 18, 2010
Hearing Time: 9:30 am
Response Due: August 11, 2010

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>ZHI GANG JIANG AND YUEHUA WU,<br><br>Debtors. | No. 10-10009-SJS<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM STAY** |

The motion of Bank of America, N.A. (hereinafter "Bank of America") for an order terminating the automatic stay to permit it and its designated trustee to foreclose on its deed of trust came on before the undersigned Judge. Timely notice of the motion was given to the debtors, the debtors' attorney, and the Chapter 13 Trustee. The Court considered the files and records herein, and having found that the interest of Bank of America is not adequately protected; and that there is no equity in the debtors' property, and the property is not necessary for an effective reorganization; NOW THEREFORE, IT IS HEREBY ORDERED:

THAT the automatic stay is terminated to permit Bank of America and its designated trustee (1) to proceed with its foreclosure on the following property pursuant to the deed of trust securing the debtors' obligation to it and to sell said property pursuant to said deed of trust:

LOT 12 OF TRACT NUMBER C IN CAMBRIDGE HEIGHTS SUBDIVISION, CITY OF KIRKLAND, COUNTY OF KING, IN THE STATE OF WA. AS RECORDED IN MB 184 PG95-98 WITH THE APPURTENANCES THERETO.

Commonly known as: 13359 NE 134th Place
Kirkland, WA 98034

ORDER GRANTING MOTION
FOR RELIEF FROM STAY - 1

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1301
Seattle, WA 98101
Phone: (206) 622-5306 Fax: (206) 622-0354

BKWesternorder/485.101595.8

Case 10-10009-SJS    Doc 47    Filed 08/13/10    Entered 08/13/10 10:55:55    Page 1 of 2

(2) to take any other action to acquire possession of the property as a result of the foreclosure or at its option by means of a deed in lieu of foreclosure; and (3) to take any other action permitted under its deed of trust not prohibited by state law including but not limited to eviction and recovery of attorneys' fees incurred in this proceeding.

THAT the terms contained in the note and deed of trust shall control as to assessment of any reasonable fee associated with the motion.

THAT this order shall be binding in any proceeding to which this proceeding is converted and that this order shall remain in full force and effect regardless of any subsequently amended or confirmed plan.

THAT enforcement of this order shall not be stayed pursuant to BR 4001.

DATED this _____ day of August, 2010.

_____
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

Bishop, White, Marshall & Weibel, P.S.


By:/s/ Daniel L. Hembree
Daniel L. Hembree, WSBA# 37109
Attorneys for Bank of America, N.A.

ORDER GRANTING MOTION
FOR RELIEF FROM STAY - 2

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1301
Seattle, WA 98101
Phone: (206) 622-5306 Fax: (206) 622-0354

BKWesternorder/485.101595.8

Case 10-10009-SJS    Doc 47    Filed 08/13/10    Entered 08/13/10 10:55:55    Page 2 of 2